IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. JONES,

       Plaintiff,                        No. 2:09-cv-3256 MCE JFM (PC)

    vs.

LT. B ROSZKO, et al.,

       Defendants.                  <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On May 9, 2012 the magistrate judge filed findings and recommendations herein (ECF No. 33) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.

///

1

Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 9, 2012, are ADOPTED IN FULL;

2. Defendants' September 27, 2011, motion to dismiss (ECF No. 29) is GRANTED as to Plaintiff's due process claims against all defendants and DENIED as to Plaintiff's Eighth Amendment claims;

3. Plaintiff's due process claims against all defendants are DISMISSED WITHOUT PREJUDICE; and

4. Defendants Rosko, Fernandez, Arthur, Sisto and Brown shall answer Plaintiff's Eighth Amendment claims within twenty days from the date of this order.

Dated: September 24, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE