IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. JONES,

      Plaintiff,                    No.  2:09-cv-3256 MCE JFM (PC)

   vs.

B. ROSZKO, et al.,

      Defendants.             ORDER

_____/

      Plaintiff is a state prisoner proceeding *pro se* with a civil rights action under 42 U.S.C. § 1983.  Discovery will close in this case on February 2, 2013.  (See Dkt. No. 40.)  On January 2, 2013, plaintiff filed a motion to compel discovery.  He seeks an order compelling defendants to give plaintiff "logs, dayly [sic] memorandum . . . and other reports."  (See Dkt. No. 43 at p. 1.)  However, it does not appear that plaintiff has ever served such a request on the defendants.  Plaintiff was previously instructed that "[d]iscovery requests shall be served by the party seeking the discovery on all parties to the action."  (See Dkt. No. 40 at p. 5.)  Plaintiff has failed to comply by serving his discovery request on the defendants.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (Dkt.
2  No. 43.) is DENIED.
3  DATED: January 17, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
jone3256.compel